IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

MINUTE SHEET

**UNITED STATES OF AMERICA**                Date:    04/04/2017

vs.                                         Case No.: 14-4020-01-CR-C-BCW

**Charlesetta Darlene Kolb**

---

**Honorable Brian C. Wimes, presiding at Jefferson City, Missouri**

**Nature of Hearing:** Sentencing

**Time Commenced:** 10:34 am                **Time Terminated:** 10:45 am

### APPEARANCES

**Plaintiff's counsel:** Jim Lynn, AUSA
**Defendant's counsel:** Troy Stabenow, FPD
**Probation officer:** Damon Mitchell

---

| | |
|---|---|
| 10:34 am | PROCEEDINGS IN COURTROOM:  Above parties present.  Court accepts plea of guilty and adjudication of guilt.  There are objections to the Presentence Report and Court adopts P.S.I.R. without change.  Court asserts statutory guidelines.  Counsel makes sentence recommendations.  Defendant accorded allocution. |
| 10:42 am | SENTENCE: Defendant sentenced to 3 years probation on Count 1 of the indictment with mandatory, standard and special conditions.  FINE: waived; MSA: $100.  Dft advised of right to appeal. |

---

**Court Reporter:** Denise Halasey
**Courtroom Deputy:** T. Lock